PEOPLE *v* POOLE. Appeal from Wayne, George T. Martin, J. Submitted Division 1 February 15, 1972, at Lansing. (Docket No. 11241.) Decided March 30, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R.*

*Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, for defendant.

Before:   McGregor, P. J., and Bronson and Danhof, JJ.

Memorandum Opinion. Defendant was convicted of larceny from a person, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.